## IN THE MATTER OF BAPTISTE DODELIN

### 1811

#### PAPERS IN FILE

1. Petition for habeas corpus. . . . . . . . . . . . .
2. Order for habeas corpus . . . . . . . . . . . .
3. Writ of habeas corpus . . . . . . . . . . . . .

## IN THE MATTER OF BAPTISTE DODELIN

### 1811

#### PAPERS IN FILE

1. Petition for habeas corpus. . . . . . . . . *Printed in Vol. 2*
2. Writ of habeas corpus . . . . . . . . . . "
3. Return . . . . . . . . . . . . . . "
4. Decision . . . . . . . . . . . . . "

## IN THE MATTER OF THOMAS McCLURE

### 1811

#### PAPERS IN FILE

1. Petition for habeas corpus; order. . . . . . . *Printed in Vol. 2*
2. Writ of habeas corpus . . . . . . . . . "

3. Return . . . . . . . . . . . . . *Printed in Vol. 2*
4. Opinion . . . . . . . . . . . . "

## IN THE MATTER OF THOMAS SARGENT

### 1811

#### Papers in File

1. Petition for habeas corpus; order . . . . . . *Printed in Vol. 2*
2. Writ of habeas corpus . . . . . . . . . "
3. Return . . . . . . . . . . . . "
4. Decision . . . . . . . . . . . "

## IN THE MATTER OF BARNEY McFALL

### 1811

#### Papers in File

1. Petition for habeas corpus; order . . . . . . . . .
2. Writ of habeas corpus . . . . . . . . . . .
3. Return . . . . . . . . . . . . . .